■ MARIA VASILOPOULOS, Appellant, v EDWARD A. BERN-STEIN, Respondent, et al., Defendants. [659 NYS2d 1022] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Coppola, J.), entered June 6, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Coppola at the Supreme Court. Miller, J. P., Sullivan, Joy and Altman, JJ., concur.